Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | OZ Naturals, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-5415310 |

4. **Debtor's address**

**Principal place of business**

1655 Palm Beach Lakes Blvd
Number        Street

Suite 805

West Palm Beach          FL      33401
City                              State     ZIP Code

Palm Beach County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State     ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.oznaturals.com  and www.oznaturalspro.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   OZ Naturals, LLC
         Name

Case number (*if known*)_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4110

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When ____/____/_____   Case number _____
                                              MM / DD / YYYY

         District _____   When ____/____/_____   Case number _____
                                              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

        District _____   When ____/____/_____
                                                         MM / DD / YYYY

        Case number, if known _____

---

| Debtor | OZ Naturals, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | | |
|---|---|---|
| Number | Street | |
| _____ | | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | OZ Naturals, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2023
        MM / DD / YYYY

✘ /s/ Michael D.  Small
Signature of authorized representative of debtor

Michael D.  Small
Printed name

Title  CFO

**18. Signature of attorney**

✘ /s/ Aaron A. Wernick
Signature of attorney for debtor

Date  04/18/2023
     MM / DD / YYYY

Aaron A. Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number        Street

Boca Raton
City

FL
State

33431
ZIP Code

561-961-0922
Contact phone

awernick@wernicklaw.com
Email address

14059
Bar number

FL
State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     OZ Naturals, LLC

United States Bankruptcy Court for the:    Southern District of Florida

                                             (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      **12/15**

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
          Copy line 88 from *Schedule A/B* .....................................................    $ _____ 0.00

     1b. **Total personal property:**
          Copy line 91A from *Schedule A/B* .................................................    $ _____ 633,123.71

     1c. **Total of all property:**
          Copy line 92 from *Schedule A/B* ..................................................    $ _____ 633,123.71

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $ _____ 240,622.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................    $ _____ 5,980.62

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............    +$ _____ 1,235,754.24

4. **Total liabilities** ........................................................................................    $ _____ 1,482,356.86
     Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____OZ Naturals, LLC_____

United States Bankruptcy Court for the: _____Southern District of Florida_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Clean Culture Laboratories, LLC 58 Sutton Dr Manalapan, NJ, 07726 | | Breach of contract | Disputed | | | 455,222.80 |
| 2 | Systech 1 Research Way Princeton, NJ, 08540 | Bill Carpenter 3157296265 collections@systechone.com | UniSecure contract (counterfeit detection) | Disputed | | | 195,323.50 |
| 3 | 3OVO Logistics Inc. 2020 Ocean Avenue Ronkonkoma, NY, 11779 | Piyush Goila 5163481108 thomas@perfumeworldwide.com | 3PL and Marketing Services | Disputed | | | 177,666.06 |
| 4 | Laboratorie DuVar 1460, Rue Graham Bell Boucherville, QC, J4B 6H5 | Paul Salloum 450-641-4740 psalloum@du-var.com | Suppliers or Vendors | | | | 142,879.83 |
| 5 | O. Berk Company 3 Milltown Ct. PO Box 1690 Union, NJ, 07083 | | Suppliers or Vendors | | | | 109,402.47 |
| 6 | ABA Packaging Corporation 740 Blue Point Road Holtsville, NY, 11742 | Karen Wolf 631-758-4200 karen@abapackaging.com | Suppliers or Vendors | | | | 23,000.00 |
| 7 | FDA - U.S Food and Drug Administration 33 Liberty Street New York, NY, 10045 | | OMUFA - MDF Facility Fee | Disputed | | | 20,322.00 |
| 8 | Foley & Lardner LLP 2021 McKinney Ave Ste 1600 Dallas, TX, 75201 | Ellen Hanes 2149993000 ehanes@foley.com | Legal Services-Trademarks | | | | 16,883.73 |

Debtor   OZ Naturals, LLC
_____
Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express PO Box 981531 El Paso, TX, 79998-1531 | | Monies Loaned / Advanced | | | | 16,347.00 |
| 10 | Velosio c/o CT Corporation System 4400 Easton Commons Way Ste 125 Columbus, OH, 43219 | Bob Silver 480-423-8324 bob@silverw.com | ERP Service Fee | | | | 15,808.25 |
| 11 | Morning Calm Management 324 Datura Street Suite 201 West Palm Beach, FL, 33401 | Chris Enrico | Early lease termination for prior office | Disputed | | | 15,270.12 |
| 12 | Groupe SL (Under DuVar) 2038 Marie-Victorin Varennes, QC, J3X 1R3 | | IT Support | | | | 14,368.79 |
| 13 | Seller Rocket 5042 N 800 E New Carlisle, IN, 46552 | Kyle Bosetti accounts@sellerrocket.io | Marketing services | Disputed | | | 6,519.19 |
| 14 | California Dept. of Tax & Fee Admin Account Information Group, MIC:29 P.O. Box 942879 Sacramento, CA, 94279-0029 | | Taxes & Other Government Units | Disputed | | | 5,980.62 |
| 15 | Quantum Group 6511 Oakton Street Morton Grove, US, 60053 | Mary Cluney 847-663-6383 ar@quantumgroup.com | Carton and Insert Printing | | | | 5,716.82 |
| 16 | Silverware c/o 10th Avenue Partners, Inc. 6302 E. Monterosa Scottsdale, AZ, 85251 | Bob Silver 480-423-8324 bob@silverw.com | ERP Service Fee | | | | 4,780.00 |
| 17 | Delmar International Inc. 10636 Cote De Liesse Montreal, QC, H8T 1A5 | Peter Wason 905-206-1166 wasonp@delmar.ca | Transportation and Duties | | | | 4,033.51 |
| 18 | Avask Accounting & Business Consultants LTD Oceana House, First Floor 39-49 Commercial Road Southampton, Hants, S015 1GA | 213-256-0537 enquiries@avask.co.uk | | | | | 3,910.11 |
| 19 | Delmar International (USA) 841 Sivert Dr Wood Dale, IL, 60191 | Peter Wason 6786122621 wasonp@delmar.ca | Transportation and Duties | | | | 3,590.60 |
| 20 | Catalyst Channel Marketing 2323 Winston Park Drive #2 Oakville, Canada, ON, L6H 6R7 | Diana Ellul 9052872104 dellul@catalystbiz.com | Labels for products | | | | 3,359.46 |

**Fill in this information to identify the case:**

Debtor name  OZ Naturals, LLC

United States Bankruptcy Court for the:  Southern District of Florida

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 8  0  5  5 | $ 39,000.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. PayPal Acct#6UBG | $ 7,148.00 |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  $ 46,148.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Morning Calm | $ 4,300.00 |
| 7.2. David and Associates | $ 4,000.00 |

Debtor    OZ Naturals, LLC
_____
Name

Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Purchase deposits with Laboratorie DuVar _____ $ 85,000.00

8.2. _____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 93,300.00

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |

11. **Accounts receivable**

11a. 90 days old or less: | 148,000.00 | – | 0.00 | = ........ ➔ | $ 148,000.00
 | face amount | | doubtful or uncollectible accounts | |

11b. Over 90 days old: | 1,166.30 | – | 0.00 | = ........ ➔ | $ 1,166.30
 | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 149,166.30

---

### Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ | _____ | $ _____

14.2. _____ | _____ | $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: | % of ownership:

15.1. _____ | _____ % | _____ | $ _____

15.2. _____ | _____ % | _____ | $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ | _____ | $ _____

16.2. _____ | _____ | $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $ _____

---

Debtor  OZ Naturals, LLC
_____
         Name

Case number (if known)_____

---

## Part 5:   Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>Component manufacturing materials | 12/23/2022<br>MM / DD / YYYY | $_____ | FMV | 176,950.00<br>$_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>Finished products at warehouses | 12/23/2022<br>MM / DD / YYYY | $_____ | FMV | 162,559.41<br>$_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 339,509.41

24.  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  0.00     Valuation method  See cont. sheet     Current value  339,509.41

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish<br>_____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | | $_____ |

Debtor    OZ Naturals, LLC
_____Name_____

Case number *(if known)* _____

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>4 Desks, conference table, 14 chairs | $_____ | Liquidation value | $ 1,000.00 |
| 40. **Office fixtures**<br>Refrigerator | $_____ | Liquidation value | $ 500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>6 Laptops, 1 desktop computer, 1 printer, 5 monitors, (approx. value $500)<br>Cameras and Servers at DuVar warehouse ($3,000) | $_____ | Liquidation value | $ 3,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    OZ Naturals, LLC
_____    Case number (*if known*)_____
         Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Debtor    OZ Naturals, LLC
_____
          Name

Case number (if known)_____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1655 Palm Beach Lakes Blvd, Suite 805, West Palm Beach, FL 33401 | Office lease | $ 0.00 | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Product formulations | $_____ | | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>oznaturals.com and oznaturalpros.com | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer and mailing lists | $_____ | | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>Registered Trademarks: OZNATURALS; OzNaturals; OZNATURAL | $_____ | | Unknown<br>$_____ |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor   OZ Naturals, LLC

Name

Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ —  _____ = ➜   $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    OZ Naturals, LLC
Name

Case number *(if known)*

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 46,148.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 93,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 149,166.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 339,509.41 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 633,123.71 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... 633,123.71    $ 633,123.71

Debtor 1    OZ Naturals, LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

### Continuation Sheet for Official Form 206 A/B

**25) Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

|  |  |
|---|---|
| **FMV** | 176,950.00 |
| **FMV** | 162,559.41 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>OZ Naturals, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Amazon Capital Services, Inc.

Creditor's mailing address
410 Terry Ave. N
Seattle, WA 98109

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
All inventory at any time stored in Amazon fulfillment centers, wherever found.

Describe the lien
Perfected with UCC-1 filing 10-12-2018, UC...

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

**2.2** Creditor's name
Shopify- WebBank

Creditor's mailing address
100 Shockoe Slip
2nd Floor, Richmond, VA 23219

Creditor's email address, if known

Date debt was incurred    03/09/2023

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Shopify receivables

Describe the lien
Agreement you made, Merchant loan agreem...

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $40,622.00
Column B: $40,622.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 240,622.00

| Debtor | OZ Naturals, LLC | |
|---|---|---|
| | Name | |

Case number *(if known)*_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
U.S. Small Business Administration

_____

**Creditor's mailing address**

2 North 20th St.

Suite 320, Birmingham, AL 35203

_____

**Creditor's email address, if known**

_____

Date debt was incurred    07/19/21

Last 4 digits of account number    9108

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets of the Debtor (first position)

$200,000.00    $200,000.00

**Describe the lien**

SBA EIDL loan, UCC-1 filed on 8-3-21 #202

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____

Last 4 digits of account number    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor     OZ Naturals, LLC
_____     Case number (if known)_____
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Office of Inspector General SBA<br>409 3rd Street, SW<br>Suite 7150<br>Wathington, DC, 20416-0005 | Line 2. 3 | _____ |
| SBA Office of General Counsel<br>409 3rd St., SW<br><br>Washington, DC, 20416-0005 | Line 2. 3 | _____ |
| SBA South Florida District<br>51 SW 1st Ave<br>Suite 201<br>Miami, FL, 33130 | Line 2. 3 | 9108 |
| SBA-Region IV<br>233 Peachtree St., NE<br>Suite 1800<br>Atlanta, GA, 30303-1508 | Line 2. 3 | _____ |
| Small Business Administration<br>U.S. Department Treasury Bureau of the Fiscal Service<br>P.O. Box 830794<br>Birmingham, AL, 35283-0794 | Line 2. 3 | _____ |
| US Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Dr., Ste 100<br>Little Rock, AR, 72202 | Line 2. 3 | _____ |
| WebBank<br>c/o Corporation Service Company<br>215 South State St., Ste 1000<br>Salt Lake City, UT, 84111 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    OZ Naturals, LLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>California Dept. of Tax & Fee Admin<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA, 94279-0029 | As of the petition filing date, the claim is:  $ 5,980.62<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ _____ |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Colorado Department of Revenue<br>Sales & Use Tax Section<br>P.O. Box 17087<br>Denver, CO, 80217-0087 | As of the petition filing date, the claim is:  $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL, 32314-6668 | As of the petition filing date, the claim is:  $ 0.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    OZ Naturals, LLC
_____
          Name

Case number *(if known)* _____

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**

Georgia Department of Revenue
Compliance Division - Central Collection Section
1800 Century Blvd NE, Ste 9100
Atlanta, GA, 30345-3202

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.5** **Priority creditor's name and mailing address**

Government of Puerto Rico
Department of The Treasury
PO Box 9024140
San Juan (United States), PR

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.6** **Priority creditor's name and mailing address**

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL, 62794-9035

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.7** **Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

$ 0.00                    $ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Taxes & Other Government Units

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    OZ Naturals, LLC
_____    Case number _(if known)_____
        Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

---

**2.8** Priority creditor's name and mailing address

Kentucky Department of Revenue
Division of Sales and Use Tax
PO Box 181, Station 67
Frankfort, KY, 40602

$ 0.00 _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

Michigan Department of Treasury
430 W. Allegan St.
2nd Floor, Austin Bldg.
Lansing, MI, 48922

$ 0.00 _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

New York State Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY, 12205-0300

$ 0.00 _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address

North Carolina Department of Revenue
Attention: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC, 27602-1168

$ 0.00 _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   OZ Naturals, LLC
_____
         Name

Case number *(if known)*_____

---

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12**  **Priority creditor's name and mailing address**

Office of the State Assessor
550 W 7th Ave
Ste 1650
Anchorage, AK, 99501-3510

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13**  **Priority creditor's name and mailing address**

Ohio Department of Taxation
Attn: Compliance Business Tax Division
PO Box 2678
Columbus, OH, 43216-2678

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14**  **Priority creditor's name and mailing address**

Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL, 33402

$ 0.00          $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15**  **Priority creditor's name and mailing address**

Revenue Administration Division
Taxpayer Service Division
110 Carroll Street
Annapolis, MD, 21411-0001

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____ OZ Naturals, LLC _____
        Name

Case number (if known)_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                Priority amount

**2.16  Priority creditor's name and mailing address**

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI, 02908

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.17  Priority creditor's name and mailing address**

State of Virginia Sales Tax
Office of Customer Services
PO Box 1115
Richmond, VA, 23218-1115

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.18  Priority creditor's name and mailing address**

Tennessee Department of Revenue
David Gerregano, Commissioner
500 Deaderick Street
Nashville, TN, 37242

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.19  Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
Attn: Fiscal Management
PO Box 13528  Capitol Station
Austin, TX, 78711-3528

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3OVO Logistics Inc.
2020 Ocean Avenue

Ronkonkoma, NY, 11779

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** 3PL and Marketing Services

$ 177,666.06

Date or dates debt was incurred    01/01/22

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ABA Packaging Corporation
740 Blue Point Road

Holtsville, NY, 11742

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 23,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    A001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981531

El Paso, TX, 79998-1531

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 16,347.00

Date or dates debt was incurred    01/01/20

Last 4 digits of account number    1002

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Avask Accounting & Business Consultants LTD
Oceana House, First Floor
39-49 Commercial Road
Southhampton, Hants, S015 1GA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,910.11

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Catalyst Channel Marketing
2323 Winston Park Drive
#2
Oakville, Canada, ON, L6H 6R7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Labels for products

$ 3,359.46

Date or dates debt was incurred    09/30/21

Last 4 digits of account number    TU00

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Clean Culture Laboratories, LLC
58 Sutton Dr

Manalapan, NJ, 07726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of contract

$ 455,222.80

Date or dates debt was incurred    02/28/2019

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address

Delmar International (USA)
841 Sivert Dr

Wood Dale, IL, 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,590.60

**Basis for the claim:** Transportation and Duties

| Date or dates debt was incurred | 01/21/23 | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.8** Nonpriority creditor's name and mailing address

Delmar International Inc.
10636 Cote De Liesse

Montreal, QC, H8T 1A5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,033.51

**Basis for the claim:** Transportation and Duties

| Date or dates debt was incurred | 11/26/2021 | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.9** Nonpriority creditor's name and mailing address

FDA - U.S Food and Drug Administration
33 Liberty Street

New York, NY, 10045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 20,322.00

**Basis for the claim:** OMUFA - MDF Facility Fee

| Date or dates debt was incurred | 10/13/21 | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | 2438 | ☐ Yes |

---

**3.10** Nonpriority creditor's name and mailing address

Foley & Lardner LLP
2021 McKinney Ave
Ste 1600
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,883.73

**Basis for the claim:** Legal Services- Trademarks

| Date or dates debt was incurred | 07/25/22 | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | 1511 | ☐ Yes |

---

**3.11** Nonpriority creditor's name and mailing address

Groupe SL (Under DuVar)
2038 Marie-Victorin

Varennes, QC, J3X 1R3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,368.79

**Basis for the claim:** IT Support

| Date or dates debt was incurred | 10/14/21 | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | *****2233 | ☐ Yes |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Laboratorie DuVar
1460, Rue Graham Bell

Boucherville, QC, J4B 6H5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$142,879.83

Date or dates debt was incurred    12/06/22
Last 4 digits of account number    1069

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

Morning Calm Management
324 Datura Street
Suite 201
West Palm Beach, FL, 33401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Early lease termination  for prior office

$15,270.12

Date or dates debt was incurred    11/01/22
Last 4 digits of account number    4121

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

Neiman & Interian PLLC
2020 Ponce de Leon Blvd
Suite 1005B
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services -Tax Advice

$1,350.00

Date or dates debt was incurred    08/02/22
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

O. Berk Company
3 Milltown Ct.
PO Box 1690
Union, NJ, 07083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$109,402.47

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

Quantum Group
6511 Oakton Street

Morton Grove, US, 60053

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Carton and Insert Printing

$5,716.82

Date or dates debt was incurred    10/29/21
Last 4 digits of account number    1260

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | OZ Naturals, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | **Amount of claim** |
|---|---|

---

**3. 17** **Nonpriority creditor's name and mailing address**

Richard Craig Romero
c/o Ruben Socarras, Esq.
327 Plaza Real Blvd., Ste 217
Boca Raton, FL, 33432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 18** **Nonpriority creditor's name and mailing address**

Seller Rocket
5042 N 800 E
New Carlisle, IN, 46552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Marketing services

$ 6,519.19

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 19** **Nonpriority creditor's name and mailing address**

Silverware
c/o 10th Avenue Partners, Inc.
6302 E. Monterosa
Scottsdale, AZ, 85251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ERP Service Fee

$ 4,780.00

Date or dates debt was incurred 12/09/22

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 4920

---

**3. 20** **Nonpriority creditor's name and mailing address**

Systech
1 Research Way

Princeton, NJ, 08540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** UniSecure contract (counterfeit detection)

$ 195,323.50

Date or dates debt was incurred 10/13/21

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 2092

---

**3. 21** **Nonpriority creditor's name and mailing address**

Velosio
c/o CT Corporation System
4400 Easton Commons Way Ste 125
Columbus, OH, 43219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ERP Service Fee

$ 15,808.25

Date or dates debt was incurred 12/09/22

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 6591

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Delmar International (USA) 208 S. LaSalle Street Suite 814 Chicago, IL, 60604 | Line 3.7 ☐ Not listed. Explain: | _____ |
| 4.2. | Jennifer Napier General Counsel of Systech 214 Carnegie Center, Ste 101 Princeton, NJ, 08540 | Line 3.20 ☐ Not listed. Explain | _____ |
| 4.3. | Mr. Brian Zenchyk Morning Calm Management 301 Yamato Rd, Ste 4160 Boca Raton, FL, 33431 | Line 3.13 ☐ Not listed. Explain | _____ |
| 4.4. | | Line ____ ☐ Not listed. Explain | _____ |
| 41. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.5. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.6. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.7. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.8. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 5,980.62 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,235,754.24 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,241,734.86 |

**Fill in this information to identify the case:**

Debtor name OZ Naturals, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Payroll HR services contract | TriNet Services<br>One Park Place<br>Suite 600<br>Dublin, CA, 94568 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contract with payment processing provider | Bill.com<br>6220 America Center Drive<br>Suite 100<br>San  Jose, CA, 95002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Financing agreement for insurance policies monthly | P1 Finance<br>PO Box 922025<br>Norcross, GA, 30010-2025 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Agreement regarding arbitration judgment balance | Clean Culture Lab<br>58 Sutton Dr<br><br>Manalapan, NJ, 07726 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease for office space located at 1655 Palm Beach Lakes Blvd, Suite 805, West Palm Beach, FL 33401 | David and Associates<br>1655 Palm Beach Lakes Blvd<br>Suite 802<br>West Palm Beach, FL, 33401 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |

Debtor    OZ Naturals, LLC
_____
Name

Case number (*if known*)_____

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._6_**
State what the contract or lease is for and the nature of the debtor's interest

Distribution contract

State the term remaining

Annual contract

List the contract number of any government contract

3OVO
2020 Ocean Ave
Ronkonkoma, NY, 11779

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name _OZ Naturals, LLC_

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Angela Irish | Angela Irish<br>3234 Cullowee Lane<br>Naples, FL 34114 | David and Associates | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___OZ Naturals, LLC_____

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 580,945.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,855,380.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,832,279.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |

Debtor    OZ Naturals, LLC
_____    Case number *(if known)*_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express<br>Creditor's name<br>PO Box 981531<br>El Paso, TX 79998-1531 | | $ 66,288.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | ABA Packaging<br>Creditor's name<br>740 Blue Point Road<br>Holtsville, NY 11742 | | $ 23,365.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor    OZ Naturals, LLC
_____
Name

Case number (*if known*)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX–_____

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Richard Craig Romero v. OZ Naturals, LLC and Angela Irish | Petition for Pure Bill of Discovery | Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>502023CA009214 | | 205 N Dixie Hwy<br>West Palm Beach, FL 33401 | |
| 7.2. **Case title**<br>_____ | | **Court or agency's name and address**<br>_____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

Debtor    OZ Naturals, LLC
_____
          Name

Case number (if known)_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | OZ Naturals, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Aaron A. Wernick and Wernick Law, PLLC | Pre-bankruptcy filing. | | $ 10,000.00 |
| | **Address** | | | |
| | 2255 Glades Road, Ste 324A Boca Raton, FL 33431 | | | |
| | **Email or website address** www.wernicklaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Aaron A. Wernick and Wernick Law, PLLC | Retainer for attorneys fees of $40,000.00 and court costs of $1,738.00. | 04/2023 | $ 41,738.00 |
| | **Address** 2255 Glades Road, Ste 324A Boca Raton, FL 33431 | | | |
| | **Email or website address** www.wernicklaw.com | | | |
| | **Who made the payment, if not debtor?** $9738.00 paid by CFO Michael Small | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    OZ Naturals, LLC                                      Case number (if known)_____
_____
Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | OZN Distribution, LLC | OZ Naturals LLC (assumption of liabilities) to Transferee | 04/21/2022 | $ 0.00 |
| | **Address**<br>1655 Palm Beach Lakes Blvd.<br>Suite 805<br>West Palm Beach, FL 33401 | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer?<br><br>OZ Naturals, LLC | OZN Distribution LLC (assumption of liabilities) back to OZ Naturals, LLC | 04/12/2023 | $ 0.00 |
| | **Address**<br>1655 Palm Beach Lakes Blvd<br>Suite 805<br>West Palm Beach, FL 33401 | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 319 Clematis St<br>Suite 700<br>West Palm Beach, FL 33401 | From 12/31/2019 | To 10/22/2022 |
| 14.2. | | From _____ | To _____ |

---

Debtor    OZ Naturals, LLC
_____
     Name

Case number *(if known)*_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name addresses, phone numbers and email addresses
_____

     Does the debtor have a privacy policy about that information?

     ☑ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Debtor      OZ Naturals, LLC
            _____          Case number *(if known)*_____
            Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Ameriprise Financial <br> Name <br> 70100 Ameriprise Financial Center <br> Minneapolis, MN 55474 | XXXX–5001 | ☐ Checking <br> ☐ Savings <br> ☑ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 03/24/2023 | $ 0.00 |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 3OVO <br> Name <br> 135 Spangnoli Road <br> Melville, NY 11747 | 3OVO employees in receiving and shipping teams | Third party warehouse for inventory | ☐ No <br> ☑ Yes |
| | | Address <br> 135 Spangnoli Road <br> Melville, NY 11747 | |

| Debtor | OZ Naturals, LLC | Case number *(if known)* |
|--------|------------------|--------------------------|
|        | Name             |                          |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| _____ Name | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|
| _____ Name | _____ Name | | _____ |

Debtor    OZ Naturals, LLC
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | OZN Distribution, LLC<br>_____<br>Name<br>1655 Palm Beach Lakes Blvd<br>Suite 805<br>West Palm Beach, FL 33401 | Holding company. No assets or operations | EIN: _____<br>**Dates business existed**<br>From 03/28/2022   To 04/12/2023 |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |

---

Debtor      OZ Naturals, LLC
            _____      Case number *(if known)*_____
            Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Michael D. Small | From 01/02/2016 |
| | Name | To _____ |
| | 1665 Palm Beach Lakes Blvd, Ste 805, West Palm Beach, FL 33401 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | Cohn Reznick, Roger Cole, and Lyle Siegel, accountants | From 01/02/2016 |
| | Name | To _____ |
| | 2401 NW Boca Raton Blvd, Boca Raton, FL 33431-6632 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Michael Small | From _____ |
| | Name | To _____ |
| | 1665 Palm Beach Lakes Blvd, Ste 805, West Palm Beach, FL 33401 | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Michael Small | |
| | Name | |
| | 1665 Palm Beach Lakes Blvd, Ste 805, West Palm Beach, FL 33401 | |

---

Debtor    OZ Naturals, LLC
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   Cohn Reznick, Roger Cole, and Lyle Siegel, accountants | |
| Name | |
| 2401 NW Boca Raton Blvd, Boca Raton, FL 33431-6632 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |

| Name and address |
|---|
| 26d.2. _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Various | _____ | $ 22,158.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   Amazon |
| Name |
| Various locations throughout the country |

Debtor    OZ Naturals, LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Laboratorie DuVar employees | _____ | $307,918.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2. Laboratorie DuVar
_____
Name
1460 Graham Bell Rue
Boucherville, QC, J4B 6J5

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angela Irish | 3234 Cullowee Lane, Naples, FL 34114 | Manager Member | 81 |
| Antonio Cannataro | 11488 Sumter Grove Cr. Unit 1210, Naples, FL 34113 | Member | 5 |
| Patina Brands Investment III LLC | 2020 Ocean Ave, Ronkonkoma, NY 11779 | Member | 14 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Angela Irish | 337,888.35 | 04/12/2022 | Salary for the past year $328,192.32 benefits $9,726.03 |
| Name | | | |
| 3234 Cullowee Lane | | 04/12/2023 | |
| Naples, FL 34114 | | | |
| | | _____ | |

| Relationship to debtor | | | |
|---|---|---|---|
| Manager | | _____ | |

Debtor    OZ Naturals, LLC
_____    Case number (if known)_____
          Name

| | Name and address of recipient | 266,664.00 | 3/20/2022 | $266,664.00 - Distributions to Angela Irish as a conduit for payments to Richard Craig Romero, former part owner of the Debtor, pursuant to exit agreement with the |
|---|---|---|---|---|
| 30.2 | Angela Irish | | 3/20/2023 | |
| | Name | | | |
| | 3234 Cullowee Lane | | | |
| | Naples, FL 34114 | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | President/Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/18/2023
             _____
             MM  / DD  / YYYY

✗ /s/ Michael D.  Small                              Printed name   Michael D.  Small
_____                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CFO
                                   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name OZ Naturals, LLC        Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| Clean Culture Lab, 58 Sutton Dr, Manalapan, NJ 077726 | $42,594.00 |
| Daskal Bolton LLP, 2401 NW Boca Raton Blvd, Boca Raton, FL 33431-6639 | $8,500.00 |
| David Associates, c/o AMCO Property Management PO Box 1168, West Palm Beach, FL 33402 | $14,586.24 |
| Laboratorie DuVar, 1460, Rue Graham Bell, Boucherville, QC,  J4B6H5 | $200,000.00 |
| Eaccountable, 205 Detroit St. 6th Floor, Denver, CO 80206 | $9,500.00 |
| Gretchen Hackman (Independent Contractor), 8590 Cliffridge Avenue, La Jolla, CA 92037 | $33,750.00 |
| Nikola Saric (Graphic Artist Independent Cont), Ljubomira Ivkovce, Bellgrade, | $12,000.00 |

**20) Off-premises storage**

| | |
|---|---|
| DuVar | 1460 Graham Bell Rue, Boucherville, QC J4B 6J5, |
| Amazon | 410 Terry Ave. North, Seattle, WA |

**27) Inventories**

| | | | |
|---|---|---|---|
| 3OVO Logistics Inc. employee | 3OVO Logistics Inc. | 2020 Ocean Avenue, Ronkonkoma, NY 11779 | $132,786.00 |

Attachement to Statement of Financial Affairs No. 30

**Transfers to Angie for Distribution to C Romero**

| Posting Date | Description | Amount | |
|---|---|---|---|
| 3/20/2023 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 2/17/2023 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 1/20/2023 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 12/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 11/18/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 10/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 9/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 8/19/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 7/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 6/17/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 5/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 4/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 3/18/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 2/18/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| 1/20/2022 | Transfer to Irish Payment to Romero Exit Agreement | $ | (22,222) |
| | | $ | (333,330) |

**Infusions From Angie**

| Posting Date | Description | Amount | |
|---|---|---|---|
| 2/10/2023 | Infustion by Irish to OZN | $ | 100,000 |
| 2/1/2023 | Infustion by Irish to OZN | $ | 50,000 |
| 11/9/2022 | Infustion by Irish to OZN | $ | 25,000 |
| 10/21/2022 | Infustion by Irish to OZN | $ | 50,000 |
| 10/12/2022 | Infustion by Irish to OZN | $ | 21,296 |
| | | $ | 246,296 |

**Net Distributions to Angie** | | $ | (87,034) |

**Fill in this information to identify the case and this filing:**

Debtor Name    OZ Naturals, LLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number (*If known*):   _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/18/2023      ✘ /s/ Michael D.  Small
          MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                 Michael D.  Small
                                 Printed name

                                 CFO
                                 Position or relationship to debtor

United States Bankruptcy Court

Southern District of Florida

In re:  OZ Naturals, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/18/2023_____

/s/ Michael D.  Small
_____
Signature of Individual signing on behalf of debtor

CFO
_____
Position or relationship to debtor

3OVO
2020 Ocean Ave
Ronkonkoma, NY 11779


3OVO Logistics Inc.
2020 Ocean Avenue
Ronkonkoma, NY 11779


ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742


Amazon Capital Services, Inc.
410 Terry Ave. N
Seattle, WA 98109


American Express
PO Box 981531
El Paso, TX 79998-1531


Angela Irish
3234 Cullowee Lane
Naples
FL 34114


Antonio Cannataro
11488 Sumter Grove Cr.
Unit 1210
Naples
FL 34113


Avask Accounting & Business Consultants LTD
Oceana House, First Floor
39-49 Commercial Road
Southhampton, Hants,  SO15 1GA


Bill.com
6220 America Center Drive
Suite 100
San  Jose, CA 95002


California Dept. of Tax & Fee Admin
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Catalyst Channel Marketing
2323 Winston Park Drive
Oakville, Canada, ON L6H 6R7


Clean Culture Laboratories, LLC
58 Sutton Dr
Manalapan, NJ 07726

Colorado Department of Revenue
Sales & Use Tax Section
P.O. Box 17087
Denver, CO 80217-0087


David and Associates
1655 Palm Beach Lakes Blvd
Suite 802
West Palm Beach, FL 33401


Delmar International (USA)
841 Sivert Dr
Wood Dale, IL 60191


Delmar International (USA)
208 S. LaSalle Street
Suite 814
Chicago, IL 60604


Delmar International Inc.
10636 Cote De Liesse
Montreal, QC H8T 1A5


FDA - U.S Food and Drug Administration
33 Liberty Street
New York, NY 10045


Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668


Foley & Lardner LLP
2021 McKinney Ave
Ste 1600
Dallas, TX 75201


Georgia Department of Revenue
Compliance Division - Central Collection
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345-3202


Government of Puerto Rico
Department of The Treasury
PO Box 9024140
San Juan (United States), PR


Groupe SL (Under DuVar)
2038 Marie-Victorin
Varennes, QC J3X 1R3

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer Napier
General Counsel of Systech
214 Carnegie Center, Ste 101
Princeton, NJ 08540


Kentucky Department of Revenue
Division of Sales and Use Tax
PO Box 181, Station 67
Frankfort, KY 40602


Laboratorie DuVar
1460, Rue Graham Bell
Boucherville, QC J4B 6H5


Michigan Department of Treasury
430 W. Allegan St.
2nd Floor, Austin Bldg.
Lansing, MI 48922


Morning Calm Management
324 Datura Street
Suite 201
West Palm Beach, FL 33401


Mr. Brian Zenchyk
Morning Calm Management
301 Yamato Rd, Ste 4160
Boca Raton, FL 33431


Neiman & Interian PLLC
2020 Ponce de Leon Blvd
Suite 1005B
Coral Gables, FL 33134


New York State Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


North Carolina Department of Revenue
Attention: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

O. Berk Company
3 Milltown Ct.
PO Box 1690
Union, NJ 07083


Office of Inspector General SBA
409 3rd Street, SW
Suite 7150
Wathington, DC 20416-0005


Office of the State Assessor
550 W 7th Ave
Ste 1650
Anchorage, AK 99501-3510


Ohio Department of Taxation
Attn: Compliance Business Tax Division
PO Box 2678
Columbus, OH 43216-2678


P1 Finance
PO Box 922025
Norcross, GA 30010-2025


Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402


Patina Brands Investment III LLC
2020 Ocean Ave
Ronkonkoma
NY 11779


Quantum Group
6511 Oakton Street
Morton Grove, US 60053


Revenue Administration Division
Taxpayer Service Division
110 Carroll Street
Annapolis, MD 21411-0001


Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908


Richard Craig Romero
c/o Ruben Socarras, Esq.
327 Plaza Real Blvd., Ste 217
Boca Raton, FL 33432

SBA Office of General Counsel
409 3rd St., SW
Washington, DC 20416-0005


SBA South Florida District
51 SW 1st Ave
Suite 201
Miami, FL 33130


SBA-Region IV
233 Peachtree St., NE
Suite 1800
Atlanta, GA 30303-1508


Seller Rocket
5042 N 800 E
New Carlisle, IN 46552


Shopify- WebBank
100 Shockoe Slip
2nd Floor
Richmond, VA 23219


Silverware
c/o 10th Avenue Partners, Inc.
6302 E. Monterosa
Scottsdale, AZ 85251


Small Business Administration
U.S. Department Treasury Bureau of the F
P.O. Box 830794
Birmingham, AL 35283-0794


State of Virginia Sales Tax
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115


Systech
1 Research Way
Princeton, NJ 08540


Tennessee Department of Revenue
David Gerregano, Commissioner
500 Deaderick Street
Nashville, TN 37242


Texas Comptroller of Public Accounts
Attn: Fiscal Management
PO Box 13528  Capitol Station
Austin, TX 78711-3528

**TriNet Services**
**One Park Place**
**Suite 600**
**Dublin, CA 94568**


**U.S. Small Business Administration**
**2 North 20th St.**
**Suite 320**
**Birmingham, AL 35203**


**US Small Business Administration**
**Little Rock Commercial Loan Servicing Ce**
**2120 Riverfront Dr., Ste 100**
**Little Rock, AR 72202**


**Velosio**
**c/o CT Corporation System**
**4400 Easton Commons Way Ste 125**
**Columbus, OH 43219**


**WebBank**
**c/o Corporation Service Company**
**215 South State St., Ste 1000**
**Salt Lake City, UT 84111**

# United States Bankruptcy Court

Southern District of Florida

**In re** OZ Naturals, LLC

Case No. _____

**Debtor**

Chapter <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 51,738.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 600.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)   $9,738.00 paid by CFO Michael Small

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/18/2023 _____          /s/ Aaron A. Wernick, 14059 _____

*Date*                                                   *Signature of Attorney*

                                                         Wernick Law, PLLC _____

                                                         *Name of law firm*
                                                         2255 Glades Road
                                                         Suite 324A
                                                         Boca Raton, FL 33431

**United States Bankruptcy Court**

**IN RE:**                                                      Case No._____

OZ Naturals, LLC
                                                                              11
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Angela Irish<br>3234 Cullowee Lane, Naples, FL 34114 | 81 | Other (Manager Member) |
| Antonio Cannataro<br>11488 Sumter Grove Cr. Unit 1210, Naples, FL 34113 | 5 | Other (Membership interest) |
| Patina Brands Investment III LLC<br>2020 Ocean Ave, Ronkonkoma, NY 11779 | 14 | Other (Membership interest) |